# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: EVOLVE BANK & TRUST CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2:24-md-03127-SHL-cgc<br><br>Judge Sheryl H. Lipman |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY PENDING SETTLEMENT APPROVAL

Defendant Evolve Bank & Trust ("Evolve" or "Defendant") and Plaintiffs Samantha Walker, Steven Mason, Tracy E. Starling, Terrance Pruitt, Duncan Meadows, Zachary Grisack, Christina Fava, Laura Robinson, Jo Joaquim, Nicole Petersen, Mark D. Van Nostrand, Sharyn Jackson, Evin Jason Shefa, and Lisa Adewole ("Plaintiffs"), hereby notify the Court they have reached an agreement in principle on certain terms of a settlement that would resolve claims in the above-captioned multidistrict litigation (the "MDL"). The settlement is conditioned on the parties executing a written settlement agreement which will be the subject of a motion for preliminary approval to be filed within 21 days of today. Based on the foregoing, the parties request that the Court stay all deadlines in the MDL pending approval of the settlement and cancel the status conference set for February 28, 2025.

THIS the 21st day of February 2025.    Respectfully Submitted,

**ORRICK HERRINGTON & SUTCLIFFE LLP**

By:*/s/ Aravind Swaminathan*
Aravind Swaminathan (WA Bar No. 33883)
401 Union Street, Ste. 3300
Seattle, WA 98101
(206) 839-4340
aswaminathan@orrick.com

Marc R. Shapiro (NY Bar No. 4403606)
51 West 52nd Street
New York, NY 10019-6142
(212) 506-3546
mrshapiro@orrick.com

Amisha R. Patel (DC Bar No. 1005420)
2100 Pennsylvania, NW
Washington, DC 20037
(202) 339-8457
(202) 339-8401 (fax)
apatel@orrick.com

*Attorneys for Defendant Evolve Bank & Trust*

By: */s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
**Stranch, Jennings & Garvey, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-880
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Lead Class Counsel*

Gary M. Klinger
**MILBERG COLEMAN BRYSON GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Lynn A. Toops
Amina Thomas
**COHEN & MALAD LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

2

Jeff Ostrow
**KOPELOWITZ OSTROW, P.A.**
1 W. Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

Linda Nussbaum
**NUSSBAUM LAW GROUP P.C.**
1133 Avenues of the Americas, 31st Floor
New York, NY 10036
Tel: (917) 438-9102
lnussbaum@nussbaumpc.com

James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
jpizzirusso@hausfeld.com

Scott Poynter
**POYNTER LAW GROUP**
4924 Kavanaugh Boulevard
Little Rock, AR 72207
Tel: (501) 812-3943
scott@poynterlawgroup.com

*Members of the Class Counsel Executive Committee*

Frank L. Watson, III
**WATSON BURNS, PLLC**
253 Adams Avenue
Memphis, TN 38104
Tel: (901) 529-7996
fwatson@watsonburns.com

*Class Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this day filed the above JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY PENDING SETTLEMENT APPROVAL with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED, this the 21st day of February 2025.

                                                        */s/ Aravind Swaminathan*
                                                        Aravind Swaminathan